# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| Antonio Wakefield, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Lt. Wright, OFC Fulton and )<br>OFC Wilson-James, )<br>)<br>      Defendants. )<br>_____) | Civil Action No. 9:20-cv-1295-TMC<br><br>**ORDER** |

Plaintiff Antonio Wakefield, proceeding *pro se*, filed this action against Defendants pursuant to 42 U.S.C. § 1983. (ECF No. 1). In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02(B)(2)(e) (D.S.C.), this matter was referred to a magistrate judge for all pretrial proceedings. Before the court is the Report and Recommendation ("Report") of the magistrate judge recommending that this action be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure as to Defendants Lt. Wright and OFC Fulton for failure to effect service of process. (ECF No. 25 at 2). In response to the Report, Plaintiff indicated that he could not demonstrate good cause to excuse the failure to serve Defendants Wright and Fulton and requested that his action against Defendants Wright and Fulton be dismissed without prejudice as recommended in the Report. (ECF No. 27).

Accordingly, the court **ADOPTS** the Report (ECF No. 25) and **DISMISSES** this action as to Defendants Lt. Wright and OFC Fulton.

**IT IS SO ORDERED.**

s/Timothy M. Cain<br>United States District Judge

Anderson, South Carolina
January 19, 2021

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.